Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26477−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Archie B. Sullivan Jr.
aka Archie B. Sullivan
2720 Division St.
Vineland, NJ 08360

Doris Sullivan
2720 Division St.
Vineland, NJ 08360

Social Security No.:
xxx−xx−9404                                  xxx−xx−1863

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 3, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-26477-ABA
Archie B. Sullivan, Jr.                                                         Chapter 13
Doris Sullivan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 03, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db/jdb         +Archie B. Sullivan, Jr.,   Doris Sullivan,   2720 Division St.,   Vineland, NJ 08360-1762
cr             +TTLBL, LLC,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,   Denville, NJ 07834-1239
517803602      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517705714      +CBNA,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
517914232      +City of Vineland,   Tax Collector's Office,   640 E Wood Street,   Vineland, NJ 08360-3722
517924927      +City of Vineland Tax Collector's Office,   c/o Jeffrey N.Medio, Esq,   717 E.ELMER St., Ste 7,
                 Vineland  NJ 08360-4758
517705715      +Credit Acceptance Corp,   25505 W. 12 Mile Rd.,   Southfield, MI 48034-8316
517705717      +Flagship Resorts Timeshare,   60 N. Maine Ave.,   Atlantic City, NJ 08401-5518
517705718      +Key Bank,   726 Exchange St,   Buffalo, NY 14210-1485
517705719      +Midland Funding, LLC,   P O Box 2001,   Warren, MI 48090-2001
517705721      +TTLBL, LLC,   Attn: Pellegrino & Feldstein, LLC,   290 Route 46 West,   Denville, NJ 07834-1239
517816220      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
518300756      +Toyota Motor Credit Corporation,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517760891      +Wells Fargo Bank, N.A.,   Shapiro & DeNardo, LLC,   14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:02     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517705712       EDI: BANKAMER.COM Sep 04 2019 03:53:00      Bank of America,   P.O. Box 982235,
                 El Paso, TX 79998
517705713       E-mail/Text: clientrep@capitalcollects.com Sep 04 2019 00:27:54     Capital Collection Service,
                 P O Box 150,   West Berlin, NJ 08091
517705716       EDI: DISCOVER.COM Sep 04 2019 03:53:00      Discover Financial Services,   P.O. Box 15316,
                 Wilmington, DE 19850
517718736       EDI: DISCOVER.COM Sep 04 2019 03:53:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517779367      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 04 2019 00:27:11     KeyBank N.A.,
                 4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
517742860      +EDI: MID8.COM Sep 04 2019 03:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517705720       EDI: TFSR.COM Sep 04 2019 03:53:00      Toyota Motor Credit,   4 Gatehall Dr. Ste. 35,
                 Parsippany, NJ 07054
517823831      +EDI: AIS.COM Sep 04 2019 03:53:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517705722       EDI: WFFC.COM Sep 04 2019 03:53:00      Wells Fargo Home Mortgage,   8480 Stagecoach Circle,
                 Frederick, MD 21701
517766910       EDI: WFFC.COM Sep 04 2019 03:53:00      Wells Fargo Bank, N.A.,   1000 Blue Gentian Road,
                 Eagan MN 55121-7700
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Sep 03, 2019
                              Form ID: 148               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Deborah T. Feldstein    on behalf of Creditor    TTLBL, LLC dfeldstein@caplaw.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nathan  Van Embden    on behalf of Debtor Archie B. Sullivan, Jr. nve@nvanembden.com,
               lstyles@nvanembden.com
              Nathan  Van Embden    on behalf of Joint Debtor Doris  Sullivan nve@nvanembden.com,
               lstyles@nvanembden.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```