Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−26477−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Archie B. Sullivan Jr.                           Doris Sullivan
aka Archie B. Sullivan                           2720 Division St.
2720 Division St.                                Vineland, NJ 08360
Vineland, NJ 08360

Social Security No.:
   xxx−xx−9404                                   xxx−xx−1863

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 10, 2019</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                   Judge, United States Bankruptcy Court